# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George S. Hipp <br>                <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 18-13359 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Bank of America, N.A. and index same on the master mailing list.

                                    Respectfully submitted,

                                **<u>/s/ Kevin G. McDonald, Esquire</u>**
                                Kevin G. McDonald, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322 FAX (215) 627-7734