Certificate Number: 11760-PAE-DE-031222617

Bankruptcy Case Number: 18-13359



11760-PAE-DE-031222617

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 23, 2018, at 7:08 o'clock AM PDT, George Hipp completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 23, 2018

By:  /s/Jennifer L Walter

Name:  Jennifer L Walter

Title:  Teacher