United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-13359-ref
George S. Hipp                                                  Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: admin            Page 1 of 1          Date Rcvd: Sep 21, 2018
                              Form ID: 318           Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
```
db           +George S. Hipp,   12 Par Lane,   Bernville, PA 19506-9554
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14110135     +BAC HOME LOANS SERV LP,    4909 SAVARESE CIRCLEFL1-908-01-47,   Tampa, FL 33634-2413
14113193     +Bank of America, N.A.,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541
14110131      CSC Credit Services,   Box 740040,   Atlanta, GA 30374-0040
14110132     +Equifax Information Services LLC,   P.O. Box 740256,   Atlanta, GA 30374-0256
14110129     +Experian,   Business Information Services,   475 Anton Blvd.,   Costa Mesa, CA 92626-7037
14110139     +TD BANK USA/TARGET CREDI,   NCD-0240PO BOX 1470,   MINNEAPOLIS, MN 55440-1470
14110130      Trans Union,   P.O. Box 1000,   Chester, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QRHHOLBER.COM Sep 22 2018 05:48:00      ROBERT H. HOLBER,   Robert H. Holber PC,
              41 East Front Street,   Media, PA 19063-2911
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 22 2018 01:50:20
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 22 2018 01:50:47      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14110134     +EDI: AMEREXPR.COM Sep 22 2018 05:48:00      AMERICAN EXPRESS,   PO BOX 981537,
              EL PASO, TX 79998-1537
14110136      EDI: BANKAMER.COM Sep 22 2018 05:48:00      BANK OF AMERICA,   PO BOX 982238,
              EL PASO, TX 79998-2235
14110137     +EDI: CAPITALONE.COM Sep 22 2018 05:48:00      CAPITAL ONE BANK USA NA,   PO BOX 30281,
              SALT LAKE CITY, UT 84130-0281
14110133     +Fax: 602-659-2196 Sep 22 2018 02:53:43      Chex Systems Inc.,   ATTN: Customer Relations,
              7805 Hudson Rd,   Suite 100,   Woodbury, MN 55125-1703
14110138      EDI: RMSC.COM Sep 22 2018 05:48:00      SYNCB/PAYPALEXTRASMC,   PO BOX 965005,
              ORLANDO, FL 32896-5005
14110212     +EDI: RMSC.COM Sep 22 2018 05:48:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTAL: 9
```

```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:
```
        GEORGE M. LUTZ   on behalf of Debtor George S. Hipp glutz@hvmllaw.com,
         amerkey@hvmllaw.com;r49419@notify.bestcase.com
        KEVIN G. MCDONALD   on behalf of Creditor  BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
        ROBERT H. HOLBER   trustee@holber.com,   rholber@ecf.epiqsystems.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                 TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **George S. Hipp** | Social Security number or ITIN **xxx–xx–3422** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–13359–ref**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

George S. Hipp

9/20/18

**By the court:**   Richard E. Fehling
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---